**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| J. GABRIEL McCARTHY and ) | Chapter 11 |
| MARGARET M. MORRISSEY ) | Case No. 09-44339-MSH |
| ) | |
| **Debtor** ) | |

## UNITED STATES TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7

### (Expedited Determination Requested)

The United States Trustee ("UST") moves, pursuant to 28 U.S.C. § 586(a)(3)(G) and 11 U.S.C. § 1112(b), this Court to enter an order converting this case. As grounds for conversion, the UST states as follows:

1. J. Gabriel McCarthy and Margaret M. Morrisey (together, the "Debtors") filed a voluntary chapter 11 petition on October 15, 2009.

2. The Debtors own interests in multiple pieces of real property.

3. The Debtors have failed to provide to the UST evidence that the Debtors have maintained in force appropriate insurance coverage for all of the properties.

4. The Debtors' failure to maintain adequate insurance for estate assets poses a risk to the estate and constitutes cause for conversion pursuant to 11 U.S.C. § 1112(b)(4)(C).

5.  The September 6, 2010 issue of the periodical "Banker and Tradesman" reports that on July 19, 2010 an $11,108 Meals Tax was recorded against the assets of 12 Crane Street Corp.  The Debtors' report on their petition that Mr. McCarthy is a shareholder and the president of 12 Crane Street Corp., which corporation owes Mr. McCarthy $270,000.

6.  On the Debtors' July monthly reporting questionnaire, signed by Mr. McCarthy on August 4th, the Debtors' fail to answer the question: "is the estate current on the payment of post-petition taxes."

7.  The failure to remain current on the payment of post-petition taxes, and the placement of a tax lien against estate property constitutes a diminution of the estate and constitutes cause for conversion pursuant to 11 U.S.C. § 1112(b)(4)(A).

**WHEREFORE**, the United States Trustee prays that this Court enter an order converting this case, and for such other relief as is right and just.

**Respectfully submitted,**

**John P. Fitzgerald, III**
**Acting United States Trustee**,

**By:     /s/ Lisa D. Tingue**
**Lisa D. Tingue (BBO#633275)**
**Trial Attorney**
**United States Department of Justice**
**Office of the United States Trustee**
**446 Main Street, 14th Floor**
**Worcester, MA 01608**
**Tel:(508) 793-0555**
**Fax:(508) 793-0558**
**Date: September 13, 2010**    lisa.d.tingue@usdoj.gov