## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) ) |  |
| **J. GABRIEL McCARTHY and** | ) | **Chapter 11** |
| **MARGARET M. MORRISSEY** | ) | **Case No. 09-44339-MSH** |
|  | ) |  |
| **Debtor** | ) |  |
|  | ) |  |

## UNITED STATES TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7

### (Expedited Determination Requested)

The United States Trustee ("UST") moves, pursuant to 28 U.S.C. § 586(a)(3)(G) and 11 U.S.C. § 1112(b), this Court to enter an order converting this case. The Debtors have failed to disclose all assets, have used conflicting social security numbers, and have failed to provide evidence that all insurance policies on estate assets remain current and in force. In further support for the motion to convert, the UST states as follows:

1.    J. Gabriel McCarthy and Margaret M. Morrisey (together, the "Debtors") filed a voluntary chapter 11 petition on October 15, 2009 (the "Petition").

2.    On the Petition, Mr. McCarthy lists a social security number ending in the four digits "6215."

3.      On May 6, 1992, Mr. McCarthy filed a voluntary chapter 13 bankruptcy petition, case no. 92-41385, on which petition he listed his social security number as ending in the four digits "2597."

4.      On November 25, 2010, the Debtors appeared at the section 341 meeting of creditors and gave sworn testimony regarding their assets and liabilities.

5.      On information and belief, there are two vehicles, a 2000 Ford F450 Truck and a Ford cherry picker truck, which are registered to Mr. McCarthy but which are not listed on the Debtors' schedules or disclosed at the 341 meeting.

6.      The Debtors, pursuant to their Petition, 341 meeting testimony, and disclosure statement, have interests in several active and/or inactive businesses, including a restaurant, brewery, and ice cream shop, yet the Debtors do not list any business or office equipment on Schedule B.

7.      The Debtors list on their schedules a 100% beneficial ownership interest in vacant land located at 35 Central Street.  Only after questioning by creditors present at the meeting, did the Debtors disclose that "35" Central Street includes "36" Central, and that an empty building is located at 36 Central Street.

8.      The UST has previously moved to convert the Debtors' case due to the Debtors' failure to provide evidence of continued, in force insurance on estate assets. The Debtors, in response, have supplied the UST with binders showing the purchase of insurance from month to month.  According to the binders provided to the UST, the insurance policy for 22-26 School St., Southbridge expired on October 2, 2010, and the policy for 364 Main Street, Southbridge expired on October 4, 2010.  Moreover, to the extent the Debtors have assets

not disclosed on the Petition, the UST does not have proof of insurance relating to those assets.

9.      The Debtors' failure to maintain adequate insurance for estate assets poses a risk to the estate and constitutes cause for conversion pursuant to 11 U.S.C. § 1112(b)(4)(C), and is cause for expedited relief.

10.     The Debtors' use of conflicting social security numbers, failure to properly schedule their ownership of real property at 36 Central Street, Southbridge, Massachusetts, and their failure—on information and belief—to disclose vehicles and/or equipment on their schedules constitute a lack of good faith and a bar to the confirmation of plan and reasonable likelihood of rehabilitation.

**WHEREFORE**, the United States Trustee prays that this Court enter an order converting this case, and for such other relief as is right and just.

**Respectfully submitted,**

**John P. Fitzgerald, III**
**Acting United States Trustee**,

**By:      /s/ Lisa D. Tingue**
**Lisa D. Tingue (BBO#633275)**
**Trial Attorney**
**United States Department of Justice**
**Office of the United States Trustee**
**446 Main Street, 14th Floor**
**Worcester, MA 01608**
**Tel:(508) 793-0555**
**Fax:(508) 793-0558**
**Date: October 4, 2010          lisa.d.tingue@usdoj.gov**